# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| **WYNDHAM PROPERTIES II, LTD.,** § § | |
| **Plaintiff,** § § | |
| v. § | Civil Action No. 4:22-cv-00166-BP |
| § § | |
| **BUCA TEXAS RESTAURANTS, LP,** § § | |
| **Defendant.** § | |

## JUDGMENT

The issues in this case having been duly tried and decisions having been duly rendered by a jury,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff take nothing and that this action is hereby **DISMISSED** with prejudice.

Costs shall be borne by Plaintiff.

The clerk shall transmit copies of this Judgment to counsel for the parties.

It is so **ORDERED** on December 20, 2022.

_____
Hal R. Ray, Jr.
UNITED STATES MAGISTRATE JUDGE